**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/16

SAHIL HASSAN,

               Plaintiff,

-against-

PETER ELLIOT DIRECT LLC,
ELLIOT RABIN, and ISABELLE
McNALLY,

               Defendants.

Civil Action No. 15 Civ. 6285 (CM) (RLE)

**PROPOSED STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE**

It is hereby stipulated and agreed by and between Plaintiff Sahil Hassan ("Plaintiff") and Defendants Peter Elliot Blue ("PEB" or the "Company") (sued incorrectly herein as Peter Elliot Direct LLC), Eliot Rabin (sued incorrectly herein as Elliot Rabin), and Isabelle McNally (collectively "Defendants"), through their undersigned counsel, who are authorized to enter into this stipulation, that the Settlement Agreement and Release in this matter, having been reviewed by the Court and found to be fair and reasonable, the First Cause of Action in Plaintiff's Complaint in the above-captioned action is dismissed in its entirety, with prejudice, in accordance with the terms of the Settlement Agreement and Release.

| | |
|---|---|
| THE HARMAN FIRM, LLP<br>220 Fifth Avenue, Suite 900<br>New York, New York 10001<br>(212) 425-2600<br><br>By: _____<br>Walker G. Harman<br>Owen H. Laird<br>Attorneys for Plaintiff<br><br>Dated: May 19, 2016 | JACKSON LEWIS P.C.<br>666 Third Avenue<br>New York, New York 10017<br>(212) 545-4000<br><br>By: _____<br>Diane Windholz<br>Damon W. Silver<br>Attorneys for Defendants<br><br>Dated: May __, 2016 |

5/31/2016 So ordered.
[signature]